UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
                                                                :
**C.A.** and **T.B.**, *individually and on behalf of T.A.*,   :
                                                                :
                           Plaintiffs,                          :
                                                                :   **MEMORANDUM AND ORDER**
            – against –                                         :
                                                                :   20-CV-2101 (AMD) (VMS)
                                                                :
**NEW YORK CITY DEPARTMENT OF**                                 :
**EDUCATION**,                                                  :
                                                                :
                           Defendant.                           :
--------------------------------------------------------------- X

**ANN M. DONNELLY**, United States District Judge:

On May 7, 2020, the plaintiffs brought this action on behalf of their child T.A. against the defendant, alleging violations of the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §§ 1400 *et seq.* (ECF No. 1.) The parties settled two claims, and on March 25, 2021, the plaintiffs filed a motion to resolve the remaining claim for attorney's fees.[1] (ECF No. 19.) On July 13, 2021, I referred the motion to Magistrate Judge Vera M. Scanlon.

Judge Scanlon issued a thorough Report and Recommendation on February 16, 2022, in which she recommends that the plaintiffs' motion be granted to the extent that they be awarded $31,210.20 in attorney's fees and $400 in costs, for a total award of $31,610.20. (ECF No. 25 at 19.) No objections to the Report and Recommendation have been filed, and the time for doing so has passed.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). To accept those portions of the report and recommendation to which no timely objection has been made, "a

---

[1] The action was reassigned to me on July 12, 2021.

district court need only satisfy itself that there is no clear error on the face of the record." *Jarvis v. N. Am. Globex Fund L.P.*, 823 F. Supp. 2d 161, 163 (E.D.N.Y. 2011) (quoting *Wilds v. United Parcel Serv.*, 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003)) (internal quotation marks omitted).

Judge Scanlon's well-reasoned and comprehensive Report and Recommendation contains no error. Accordingly, I adopt it in its entirety.

**SO ORDERED.**

                                              s/Ann M. Donnelly
                                              _____
                                              ANN M. DONNELLY
                                              United States District Judge

Dated: Brooklyn, New York
        March 7, 2022